**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ALEXANDER NOONAN,

    Plaintiff,

-vs-

NCC BUSINESS SERVICES         CASE NO.: 3:18-CV-00820-MMH-MCR

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, ALEXANDER NOONAN, by and through his undersigned attorneys, hereby files this Notice of Voluntary Dismissal With Prejudice as to all counts of the captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via CM/ECF on this 14th day of August, 2018.

        */s/Janelle Neal*
        Janelle Neal, Esquire
        Florida Bar No.: 774561
        Morgan & Morgan, Tampa, P.A.
        One Tampa City Center
        201 N. Franklin Street, 7th Floor
        Tampa, FL 33602
        Tele: (813) 223-5505
        Fax: (813) 223-5402
        JNeal@forthepeople.com
        MMartinez@forthepeople.com
        *Attorney for Plaintiff*